**Order entered January 6, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01008-CV

### IN RE THE ESTATE OF JOSEPH T. MAREK, II DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-304-3**

## ORDER

We **GRANT** appellants' January 2, 2014 unopposed motion for an extension of time to file a reply brief. Appellants shall file their reply brief on or before January 9, 2014.

/s/    ADA BROWN
        JUSTICE